IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN HASTINGS
ADC #171672                                                                                          PLAINTIFF

v.                              No. 3:21-cv-52-DPM-JTK

DEXTER PAYNE, Director, Arkansas
Department of Correction; LESLIE
RUTLEDGE, Attorney General, Arkansas;
MOSE JACKSON, III, Warden, Arkansas
Department of Correction; STEVEN
RICKITS, Deputy Warden, Arkansas
Department of Correction; WALKER,
Sergeant, ADC; BRUSE D. SANDERS,
Chief of Security, ADC; KALEB M.
DROZ, Corporal, NCU/ADC; KEITH L.
WADDLE, Disciplinary Officer, ADC;
KEVIN WYATT, Sergeant; ADC; and
JUSTINE M. MINOR, Disciplinary
Officer, ADC                                                                                        DEFENDANTS

ORDER

On *de novo* review, the Court adopts the partial recommendation, Doc. 5, and overrules Hastings's objections, Doc. 7. FED. R. CIV. P. 72(b)(3). If Hastings wants to plead more facts, then he must file an amended complaint. But he can't amend his complaint by way of his objections. Hastings's claims against Payne, Rutledge, Jackson, Rickets,

Sanders, Waddle, Wyatt, the ADC, and Minor are dismissed without prejudice. Hastings's official capacity damages claims are dismissed with prejudice; and his claim for injunctive relief is dismissed without prejudice.

 So Ordered.

        *DPMarshall Jr.*
        D.P. Marshall Jr.
        United States District Judge

        2 April 2021