IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN HASTINGS
ADC #171672                                                                PLAINTIFF

v.                    No. 3:21-cv-52-DPM-JTK

WALKER, Sergeant, ADC; KALEB M.
DROZ, Corporal, NCU/ADC; HOUSE,
Corporal, North Central Unit; and
JARRED DOVER, Sergeant, North Central
Unit                                                                       DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Motion to voluntarily dismiss, *Doc. 33*, granted. Hastings's remaining claims will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 June 2021