# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

STEVEN HASTINGS
ADC #171672                                                                PLAINTIFF

v.                              No. 3:21-cv-52-DPM

DEXTER PAYNE, Director, Arkansas
Department of Correction; LESLIE
RUTLEDGE, Attorney General, Arkansas;
MOSE JACKSON, III, Warden, Arkansas
Department of Correction; STEVEN
RICKITS, Deputy Warden, Arkansas
Department of Correction; WALKER,
Sergeant, ADC; BRUSE D. SANDERS,
Chief of Security, ADC; KALEB M.
DROZ, Corporal, NCU/ADC; KEITH L.
WADDLE, Disciplinary Officer, ADC;
KEVIN WYATT, Sergeant; ADC; and
JUSTINE M. MINOR, Disciplinary
Officer, ADC                                                               DEFENDANTS

## JUDGMENT

Hastings's official capacity damages claims are dismissed with prejudice. All other claims are dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 June 2021